UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CIVIL NO. 6:07-cv-852-Orl-18UAM

MIRABILIS VENTURES, INC.,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW the United States of America, by and through its undersigned counsel, James R. Klindt, Acting United States Attorney for the Middle District of Florida, and gives notice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure that this civil action is hereby dismissed.

                                                    JAMES R. KLINDT
                                                  Acting United States Attorney

                                 By:    /s/ Philip Doyle
                                        PHILIP DOYLE
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 14198
                                        Ben Franklin Station
                                        Washington, D.C. 20044
                                        Telephone: (202) 514-9673